**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sherryl D. White-Greene <br>             <u>Debtor</u> <br> Clifford L. Greene <br>             <u>Co-Debtor</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br>             <u>Movant</u> <br>     vs. | NO. 16-14261 ELF |
| Sherryl D. White-Greene <br>             <u>Debtor</u> <br> Clifford L. Greene <br>             <u>Co-Debtor</u> | 11 U.S.C. Section 362 and 1301 |
| William C. Miller Esq. <br>             <u>Trustee</u> | |

**<u>ORDER TERMINATING AUTOMATIC STAY</u>**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby **ORDERED** that

The automatic stay is  modified under 11 U.S.C. Sections 362 (d) and 1301  as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 ACURA ZDX , VIN: 2HNYB1H67CH500436 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

   **Order entered by default.**

Date:  3/8/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**