IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Sherryl D. White-Green | ) Chapter 13 |
| | | ) |
| | Debtor | ) No. 16-14261-ELF |
| | | ) |
| | | ) |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved

/s/David M. Offen
David M. Offen
Attorney for Debtor