United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14261-elf
Sherryl D. White-Greene                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Denine              Page 1 of 1              Date Rcvd: Mar 21, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db           +Sherryl D. White-Greene,    1702 Mohican Street,    Philadelphia, PA 19138-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Sherryl D. White-Greene dmo160west@gmail.com,
       davidoffenecf@gmail.com
      JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                    TOTAL: 7

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Sherryl D. White-Greene           ) Chapter 13
                                           )
         Debtor                            ) 16-14261-ELF
                                           )
                                           )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the balance in the amount of $2,400.00 shall be paid by the Chapter 13 Trustee to the extent provided for by the terms of the confirmed plan.

3/20/17
DATED:                                      ERIC L. FRANK
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE