IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Sherryl D. White-Greene | : | No.  16-14261-ELF |
| Debtor | | |

O R D E R

AND NOW, this           day of                    , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: August 3, 2018**         _____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Sherryl D. White-Greene

City of Philadelphia
1401 JKF Boulevard
Philadelphia, PA 19102