United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sherryl D. White-Greene  
    Debtor

Case No. 16-14261-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD              Page 1 of 1                   Date Rcvd: Aug 03, 2018
                            Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
db             #+Sherryl D. White-Greene,    1702 Mohican Street,    Philadelphia, PA 19138-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:05:01      City of Phiadelphia,
                 1401 JFK Blvd,    PAYROLL,    Philadelphia, PA 19102-1617
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Sherryl D. White-Greene dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    NRZ PASS-THROUGH TRUST II , U.S. BANK NATIONAL
               ASSOCIATION AS TRUSTEE bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NRZ PASS-THROUGH TRUST II , U.S. BANK NATIONAL
               ASSOCIATION AS TRUSTEE bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE                      :       CHAPTER 13
                                   :
   Sherryl D. White-Greene         :       No.  16-14261-ELF
            Debtor
```

O R D E R

AND NOW, this         day of              , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: August 3, 2018**         _____
                                 HONORABLE ERIC L. FRANK
                                 UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Sherryl D. White-Greene

City of Philadelphia
1401 JKF Boulevard
Philadelphia, PA 19102